# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151790(67)

MARK A. ROSEMAN and LUZATER
ROSEMAN,
      Plaintiffs-Appellees,

v

CITY OF DETROIT,
      Defendant,
and

MUKASH PATEL, DENNIS STOKES, and
WILLIAM MCPHERSON
      Defendants-Appellants.
_____/

SC: 151790
COA: 314650
Wayne CC: 11-011214-NO

      On order of the Chief Justice, the motion of the Michigan Self-Insurers' Association to participate as amicus curiae is GRANTED. The amicus brief submitted by that entity on March 2, 2016, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2016

